UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Quinton L. Brown,

       Petitioner,

v.                                                   Civil No. 10-3866 (JNE/JJK)
                                                    ORDER

Scott Fisher,

       Respondent.

In a Report and Recommendation dated May 17, 2011, the Honorable Jeffrey L. Keyes, United States Magistrate Judge, recommended denying Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody; Petitioner's Motion Requesting Equivalency of Bail Pending Final Disposition of § 2241 Petition, by Affording Petitioner Halfway House; Petitioner's Motion to Grant Relief Prayed for in the 28 U.S.C. § 2241 Petition; and Petitioner's Motion for Writ of Mandamus.  Petitioner objected to the Report and Recommendation and filed an amendment to that objection.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation [Docket No. 16].  Therefore, IT IS ORDERED THAT:

    1.     Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody [Docket No. 1] is DENIED.

    2.     Petitioner's Motion Requesting Equivalency of Bail Pending Final Disposition of § 2241 Petition, by Affording Petitioner Halfway House [Docket No. 12] is DENIED.

    3.     Petitioner's Motion to Grant Relief Prayed for in the 28 U.S.C. § 2241 Petition [Docket No. 14] is DENIED.

4.    Petitioner's Motion for Writ of Mandamus [Docket No. 15] is DENIED AS MOOT.

5.    This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 11, 2011

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge
